## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: __Jamal A. Akbar__
(Please print)

STREET ADDRESS: __11741 South Racine Ave__

CITY/STATE/ZIP: __Chicago IL 60643__

PHONE NUMBER: __(773) 264-6463__

CASE NUMBER: _____

**08CV0101
JUDGE NORDBERG
MAG. JUDGE DENLOW**

__Jamal Akbar   1-2-08__
Signature   Date



FILED
JAN - 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT