

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMAL ALI AKBAR,
Plaintiff,

-vs-

WARDEN NEDRA CHANDLER,
Individually and their official capacity.
Defendant.

08CV0101
JUDGE NORDBERG
MAG. JUDGE DENLOW

FILED
JAN - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION FOR SERVICE OF PROCESS

Now comes JAMAL ALI AKBAR, Plaintiff pro-se and pray to move this honorable court.
Pursuant to Federal Rules of Civil Procedure, Rule 4 (a), (b) and (c-2) to grant the plaintiff's motion on the following grounds:

1. Plaintiff is presently self-employed on a part time bases.
2. Monies received from self-employment are insufficient and none consistent.
3. To order the Plaintiff to pay for process would cause more hardship.

Base on the above facts the Plaintiff named herein pray the Court would grant motion for Service of Process. Plaintiff contends under perjury of law the contents herein are true.

Respectfully submitted,

*Jamal A. Akbar*
Jamal A. Akbar, pro-se
11741 South Racine Ave
Chicago, IL 60643