# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0101 | **DATE** | 05/23/2008 |
| **CASE TITLE** | Jamal Akbar v. Nedra Chandler | | |

**DOCKET ENTRY TEXT**

Plaintiff Jamal Akbar's ("Akbar") petition to proceed *in forma pauperis* [4] and motion for service of process [6] are granted. Akbar's motion for appointment of counsel [5] is denied without prejudice.

■[ For further details see text below.]            Docketing to mail notices.

### STATEMENT

     Before the court are Akbar's application to proceed *in forma pauperis,* his motion for service of process, and his motion for appointment of counsel.
     Akbar's application to proceed *in forma pauperis* and motion for service of process are granted. Akbar's financial affidavit indicates that he has monthly income of $620.00 and no significant assets.
     Akbar's motion for appointment of counsel is denied without prejudice until it can be seen whether his complaint can survive defendant's answer or motion to dismiss,