IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMAL ALI AKBAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 C 101 |
| | ) | |
| NEDRA CHANDLER, et al., | ) | Honorable Joan B. Gottschall |
| | ) | Judge Presiding |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Jamal Ali Akbar
11741 S. Racine Ave.
Chicago, Illinois 60643

**PLEASE TAKE NOTICE** that on August 7, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan B. Gottschall, or whomever may be sitting in her stead in Room 2325, in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **DEFENDANTS' MOTION TO TRANSFER VENUE**, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois                By:     s/Andrew W. Lambertson
ANDREW W. LAMBERTSON
Assistant Attorney General
General Law Bureau
100 West Randolph Street, 13th Fl.
Chicago, Illinois 60601
(312) 814-1187

## CERTIFICATE OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on July 29, 2008.

s/Andrew W. Lambertson