

IN THE UNITED STATES DISTRICT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Jamal Akbar,
       Plaintiff,   )       No. 08 C 101
                       )
      vs.        )
                       )      Honorable Joan B. Gottschall
Nedra Chandler,        Judge Presiding
Defendant.
                       )

### NOTICE OF MOTION

**FILED**

AUG 0 4 2008 PH
Aug 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: Andrew W. Lambertson
      Assistant Attorney General
      100 W. Randolph Street, 13th Fl.
      Chicago, IL 60601

**PLEASE TAKE NOTICE** that on August 1ST 08, the plaintiff named herein has filed with the Clerk of the Court a **REPLY** to your **MOTION TO TRANSFER VENUE**, a copy of the attached **REPLY** is hereby served upon you at the above address by **U.S. Mail.**

Respectfully Submitted

_Jamal A. Akbar_
Jamal A. Akbar, pro – se

Subscribed and Sworn to Before

Me this 1ST day August 2008

_Notary signature_
Notary Public

[Notary seal]