**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                     Case Number:     08 C 101

*Jamal Ali Akbar v. Nedra Chandler*

                                                     The Hon. Joan B. Gottschall
                                                     Judge Presiding

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant: NEDRA CHANDLER

| |
|---|
| NAME (Type or print) <br> LEA T. NACCA |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Lea T. Nacca |
| FIRM <br> Office of the Illinois Attorney General |
| OFFICE ADDRESS <br> 100 W. Randolph, 13th Floor |
| CITY/STATE/ZIP <br> Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6286005 | TELEPHONE NUMBER <br> (312) 814-4491 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ___ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ___ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ___ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ___ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ___        APPOINTED COUNSEL ___