**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Jamal Ali Akbar

                Plaintiff,

v.                                                 Case No.: 1:08−cv−00101
                                               Honorable Joan B. Gottschall

Nedra Chandler

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: Briefing schedule as to motion to change venue [17] is as follows : MOTION by Plaintiff Jamal Ali Akbar to reply to Defendant's motion to transfer venue [19] is deemed a response. Defendant&#039;s reply in support of motion is due by 8/18/2008. Ruling by mail. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.