**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMAL ALI AKBAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 101 |
| | ) | |
| | ) | Honorable Joan B. Gottschall |
| NEDRA CHANDLER, | ) | Judge Presiding |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

TO: Jamal Ali Akbar
11741 S. Racine Ave.
Chicago, Illinois 60643

PLEASE TAKE NOTICE that on August 18, 2008, the attached **REPLY IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE** was ELECTRONICALLY filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.

LISA MADIGAN                    By:   s/Lea T. Nacca
Attorney General of Illinois          LEA T. NACCA
                                      Assistant Attorney General
                                      General Law Bureau
                                      100 W. Randolph St., 13th Fl.
                                      Chicago, Illinois 60601
                                      (312) 814-4491

**CERTIFICATE OF SERVICE**

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on August 18, 2008.

s/Lea T. Nacca