IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMAL ALI AKBAR,<br>        Plaintiff,<br>v.<br><br>NEDRA CHANDLER, et al.,<br><br><br><br>        Defendant. | No. 08 C 101<br><br>Honorable Joan B. Gottschall<br>Judge Presiding |

**DEFENDANT'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

NOW COMES Defendant, NEDRA CHANDLER, (hereinafter referred to as "Defendant"), by and through her attorney, LISA MADIGAN, Attorney General of Illinois, and pursuant to Local Rule 83.17, respectfully request that this Court grant her Motion to Withdraw Andrew W. Lambertson as its Attorney of Record. In support of this motion, Defendant states as follows:

1. Assistant Attorney General Andrew W. Lambertson(hereinafter referred to as "AAG Lambertson") was assigned to act as lead counsel on behalf of Defendant.

2. AAG Lambertson has accepted a new position and has tendered his resignation from the Office of the Illinois Attorney General, effective August 29, 2008.

3. Assistant Attorney General Lea Nacca also represents Defendant in this matter.

4. There is a motion to transfer venue pending and fully briefed in this matter.

5. Defendants respectfully request that the Court grant their motion to withdraw Andrew W. Lambertson as an attorney of record for Defendants.

WHEREFORE, for the foregoing reasons, Defendant, respectfully requests that this Court grant her Motion to Withdraw Andrew W. Lambertson as its Attorney of Record, and for such other relief as the Court deems just and proper.

Respectfully Submitted,

By:  s/Andrew W. Lambertson

LISA MADIGAN  ANDREW W. LAMBERYSON
Attorney General of Illinois  Assistant Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-1187