## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JAMAL ALI AKBAR, | ) | |
|     Plaintiff, | ) | |
| v. | ) | No. 08 C 101 |
| | ) | |
| NEDRA CHANDLER, et al., | ) | |
| | ) | Honorable Joan B. Gottschall |
| | ) | Judge Presiding |
| | ) | |
|     Defendant. | ) | |

### NOTICE OF MOTION

TO:    Jamal Ali Akbar
         11741 S. Racine Ave.
         Chicago, Illinois 60643

**PLEASE TAKE NOTICE** that on September 4, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan B. Gottschall, or whomever may be sitting in her stead in Room 2325, in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **DEFENDANT'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD**, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois                By:    s/Andrew W. Lambertson
                                                                          ANDREW W. LAMBERTSON
                                                                          Assistant Attorney General
                                                                          General Law Bureau
                                                                          100 West Randolph Street, 13th Fl.
                                                                          Chicago, Illinois 60601
                                                                          (312) 814-1187

### CERTIFICATE OF SERVICE

    The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on August 25, 2008.

                                                                                                                  s/Andrew W. Lambertson