# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 101 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Jamal Ali Akbar vs. Nedra Chandler | | |

**DOCKET ENTRY TEXT**

Defendant's motion to withdraw the appearance of Andrew W. Lambertson as attorney of record [25] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|